IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., | ) ) ) |
| Plaintiff, | ) Civil Action No. 12-1111 ) Judge Cathy Bissoon ) |
| v. | ) ) |
| FLOORING EXCELLENCE, INC., | ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 30th day of November, 2012, upon consideration of Plaintiff's Motion for Default Judgment (Doc. 5), and all submissions related thereto (Doc. 7), this Court concludes that the requested relief is both authorized and justified, and accordingly grants the motion. See, e.g., Chamberlain v. Giampapa, 210 F.3d 154, 164 (3d Cir. 2000) (setting forth the factors to be considered by a court when adjudicating a motion for default judgment); see also Anchorage Assocs. v. Virgin Is. Bd. of Tax Rev., 922 F.2d 168, 177 n.9 (3d Cir. 1990) (noting that the entry of default judgment typically is appropriate when a defendant fails to appear).

IT IS FURTHER ORDERED that, pursuant to Rule 55 of the Federal Rules of Civil Procedure, Judgment by Default is entered against Defendant for failure of answer, and in favor of Plaintiff, in the amount of $3,951.72.

BY THE COURT:

s/Cathy Bissoon
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

cc (via CM/ECF):

All Counsel of Record